UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RALPH ARTIAGA, III,

Plaintiff,

v.

BANK OF AMERICA, NA,

Defendant.

CASE NO. 2:26-cv-04032-RAJ-BAT

**ORDER OF DISMISSAL**

Having reviewed, *de novo*, the Report and Recommendation, all objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice.

(3) The Clerk shall provide a copy of this Order to plaintiff.

Dated this 18th day of November, 2026.

The Honorable Richard A. Jones
United States District Judge